## STATUTES, DECISIONS UPON.

### No. 1.

**SAVAGE** *against* **TULLAR.**  *Franklin*, 1816.

IN the 5th section of the Act more effectually to prevent trespasses, in divers cases, the word *wilfully* is not to be construed as synonimous with *voluntarily*, but implies a tort or wrong.

### No. 2.

**TRUSTEES OF ORANGE COUNTY GRAMMAR SCHOOL**
*against*
**DODGE.**  *Orange* 1817.

THE Act of 1813, appropriating the rents of grammar school lands, in Barre, to the county grammar school, at Montpelier, is not unconstitutional, but is consistent with the first provision in the Act of 1806, appropriating the same lands to Orange county grammar school.

Condemnation 1.  Costs.  Ejectment 4.  Ex. and Ad. 13. Highways 1.  Indictment 1, 2.  Marriage.  Pauper Cases 11. Pleas and Pleadings 7.  Set-off 1.

SURVIVOR—See Insolvent Estate 1.

## T.

TENANTS IN COMMON—See Division 1.

TENANTS AT WILL—See Trespass 2.

## TENDER.